IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00698-RPM

DEBBIE BLANC,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER and
THE DENVER POLICE DEPARTMENT,

    Defendants.

---

ORDER SETTING TRIAL DATE

---

    Pursuant to the calendar call today, it is

    ORDERED that this matter is set for trial to jury on **October 18, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

    Dated: April 16, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge