IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: August 25, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-00698-RPM

DEBBIE BLANC,                                                    Michael J. O'Malley

     Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,                                   Robert A. Wolf

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing Motion for Summary Judgment**

**1:58 p.m.     Court in session.**

Court's preliminary remarks and states its summary of the undisputed facts.

2:03 p.m.     Mr. O'Malley answers questions asked by the Court regarding resignation, workers compensation and case claims and facts.

Argument by Mr. O'Malley [16].

**ORDERED:     Defendant's Motion for Summary Judgment, filed April 30, 2010 [16], is granted. Case dismissed.**

**2:13 p.m.    Court in recess.**

Hearing concluded. Total time: 15 min.