IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00698-RPM

DEBBIE BLANC,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,

    Defendant.

---

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

---

    On September 3, 2010, the plaintiff filed a motion for reconsideration of this Court's Order granting summary judgment entered at the hearing on August 25, 2010. The plaintiff's motion is not persuasive. It is

    ORDERED that the motion for reconsideration is denied

    Dated: September 7th, 2010

                                                    BY THE COURT:

                                                  s/Richard P. Matsch
                                                  _____
                                                  Richard P. Matsch, Senior District Judge